**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00472-LTB-PAC

ECHOSTAR SATELLITE LLC, a Colorado limited liability company,
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and
NAGRASTAR LLC, a Colorado limited liability company,
        Plaintiffs,

v.

DAVID OMEIR, an individual,
CANTOPIA, INC., a foreign company, and
John Does 1-10,
        Defendants.
_____

**ORDER**
_____

Upon Plaintiffs' Dismissal of Defendants John Does 1-10 Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc 8 - filed September 8, 2005), it is

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE as to Defendants John Does 1-10 only.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   September   19  , 2005